COLLIN D. COOK, SBN 251606
E-Mail: ccook@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

DEVIN RAUCHWERGER, SBN 274234
E-Mail: drauchwerger@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
ATLANTIC PLANT MAINTENANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO COURTHOUSE

| | |
|---|---|
| MANUEL MONTOYA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC PLANT MAINTENANCE, INC., a Corporation and DOES 1-25, inclusive,<br><br>Defendants. | Case No: 1:19-cv-00527-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE**<br><br>(Doc. 11) |

1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based upon the stipulation of the parties, the Court **ORDERS** the Mid-Discovery Status |
| 3 | Conference CONTINUED to January 16, 2020 at 8:30 a.m. Counsel should not construe this |
| 4 | order as condonation of their failure to pursue discovery. Based upon the information contained |
| 5 | in the stipulation, it appears the parties have not acted diligently, and that it is highly unlikely |
| 6 | they will be able to demonstrate the diligence required to obtain an amendment to the case |
| 7 | schedule. |

IT IS SO ORDERED.

   Dated: __**December 4, 2019**__              __**/s/ Jennifer L. Thurston**__
                                                                           UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On December 2, 2019, I served the foregoing document entitled **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE**; on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Christopher P. Epsha, Esq.<br>**SASOONESS LAW GROUP, APC**<br>6300 Canoga Ave., Suite 1650<br>Woodland Hills, CA 91367 | Attorneys for Plaintiff, MANUEL MONTOYA<br><br>Tel: (818) 922-7700<br>Email: cepsha@saslg.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 2, 2019 at Los Angeles, California.

| Karla Gonzalez | By: */s/Karla Gonzalez* |
|---|---|
| Print Name | Signature |