# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MONTOYA,<br><br>        Plaintiff,<br><br>    v.<br><br>ATLANTIC PLANT MAINTENANCE, INC.<br><br>        Defendant. | Case No.: 1:19-cv-0527- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 13) |

On January 8, 2020, Plaintiff filed a stipulation indicating all parties agreed that the above-captioned action is dismissed in its entirety, with prejudice. (Doc. 13) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:   **January 9, 2020**              **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE